IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JACK AND TERRI ZAUSA, | ) | Case No.: 16-cv-01308 |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID SWEIS and SWEIS LAW FIRM, P.C., | ) | |
| | ) | |
| Defendants. | ) | |

**JACK AND TERRI ZAUSA'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

1. Plaintiffs have filed a complaint as set forth in Defendants' Motion to Dismiss.

2. As set forth more fully below, Plaintiffs have properly alleged a violation of the Truth in Lending Act, and the Motion to Dismiss must be denied.

WHEREFORE, Plaintiffs, Jack and Terri Zausa, pray this Honorable Court deny the Motion to Dismiss.

Respectfully submitted,

/s/Kelli Dudley
By: _____
Kelli Dudley, Attorney for Plaintiffs Jack Zausa and Terri Kamin Zausa

Kelli Dudley, The Law Office of Kelli Dudley
1658 Milwaukee, #100-8377
Chicago, IL 60647
Ph: 312-771-9770
Email: attorneykelli@sbcglobal.net
ID 6279068

1